# EXHIBIT 1



[CHARGED WITH INNOVATION]



# IMAGING

**GMX Resources Inc.**
**Attn: Nick Sommer**
**9400 North Broadway**
**Suite 600**
**Oklahoma City, OK 73114**

**DATE:** 02/15/2013

| | | |
|---|---|---|
| **PROJECT NO:** VS11-1076A | **SALES REP:** SL | **INVOICE NO:** CS0435 |
| **PROJECT MGR:** SL | **IMAGER:** | **Project Name:** Bear Creek 3D |
| **TERMS: Net 30 Days** | | **Project Loc:** Wyoming, Goshen, Platte & Laramie Counties |

# INVOICE

| GEOPHYSICAL SERVICES | PRICE |
|---|---|
| **GX Technology Program: Bear Creek 3D Survey** | |
| Licensing 204.87 surface square miles of the Bear Creek 3D Survey per SLA #01 | |
| Upon completion of data acquisition | $1,387,200.00 |
| Contact: Nick Sommer // 405 600-0711 // Electronic copy to nsommer@gmxresources.com | |
| **TOTAL DUE THIS INVOICE:** | $1,387,200.00 |

| Mail Checks to Lock Box: | Send Wires to: (Foreign Wires | Use SWIFT # | U.S. Wires  Use ABA #) |
|---|---|---|---|
| GX Technology Mailcode: 5069 P.O. Box 660367 Dallas, TX 75266-0367 | BANK: CitiBank, NA 2000 W. Sam Houston Pkwy S, Suite 175 Houston, TX 77042 | ACCOUNT NAME: | GX TECHNOLOGY CORPORATION |
| | | ACCOUNT #: | 9771831910 |
| | | SWIFT #: | CitiUS33 |
| | | Intermediary Bank | |
| | ABA#: 113193532 | Routing #: | 021000089 |

2105 CityWest Blvd., Suite 900
Houston, TX 77042
p +1 713 789 7250  f  +1 713 789 7201
www.iongeo.com