# EXHIBIT 1

Case: 13-11456   Doc: 299-1   Filed: 05/01/13   Page: 1 of 2




# IMAGING

GMX Resources Inc.
Attn: Nick Sommer
9400 North Broadway
Suite 600
Oklahoma City, OK 73114

DATE: 02/15/2013

| PROJECT NO: VS11-1076A | SALES REP: SL | INVOICE NO: CS0435 |
|---|---|---|
| PROJECT MGR: SL | IMAGER: | **Project Name:** Bear Creek 3D |
| TERMS: Net 30 Days | | **Project Loc:** Wyoming, Goshen, Platte & Laramie Counties |

## INVOICE

| GEOPHYSICAL SERVICES | PRICE |
|---|---|
| **GX Technology Program: Bear Creek 3D Survey**<br><br>Licensing 204.87 surface square miles of the Bear Creek 3D Survey per SLA #01<br><br>Upon completion of data acquisition | $1,387,200.00 |
| Contact: Nick Sommer // 405 600-0711 // Electronic copy to nsommer@gmxresources.com | |
| **TOTAL DUE THIS INVOICE:** | $1,387,200.00 |

| Mail Checks to Lock Box: | Send Wires to:   (Foreign Wires | Use SWIFT # | U.S. Wires  Use ABA #) |
|---|---|---|---|
| GX Technology<br>Mailcode: 5069<br>P.O. Box: 660367<br>Dallas, TX 75266-0367 | BANK: CitiBank, NA<br>2000 W. Sam Houston<br>Pkwy S, Suite 175<br>Houston, TX 77042<br>ABA#: 113193532 | ACCOUNT NAME:<br>ACCOUNT #:<br>SWIFT #:<br>Intermediary Bank<br>Routing #: | GX TECHNOLOGY CORPORATION<br>9771831910<br>CitiUS33<br><br>021000089 |

2105 CityWest Blvd., Suite 900
Houston, TX 77042
p +1 713 789 7250  f +1 713 789 7201
www.iongeo.com