12:14 PM
08/08/13
Accrual Basis

# Black Gold Logistics Corporation
## Sales by Customer Detail
### January through December 2013

| Type | Date | Num | Memo | Name | Paid | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **GMX Resources** | | | | | | | |
| **3420 GMX Resources - HP 255** | | | | | | | |
| Invoice | 1/10/2013 | 1564 | Tractor/Stepdec... | GMX Resources:3420 GMX Resources - ... | Paid | 10,893.75 | 10,893.75 |
| Total 3420 GMX Resources - HP 255 | | | | | | 10,893.75 | 10,893.75 |
| **3440 GMX Resources - H&P 255** | | | | | | | |
| Invoice | 2/5/2013 | 1594 | Lump Sum Bid | GMX Resources:3440 GMX Resources - ... | Paid | 85,000.00 | 85,000.00 |
| Invoice | 2/5/2013 | 1596 | Bed Truck | GMX Resources:3440 GMX Resources - ... | Paid | 1,917.50 | 86,917.50 |
| Invoice | 2/5/2013 | 1596 | Pole Truck | GMX Resources:3440 GMX Resources - ... | Paid | 1,925.00 | 88,842.50 |
| Invoice | 2/5/2013 | 1596 | Tractor/Stepdec... | GMX Resources:3440 GMX Resources - ... | Paid | 3,150.00 | 91,992.50 |
| Invoice | 2/5/2013 | 1596 | Winch Tractor/St... | GMX Resources:3440 GMX Resources - ... | Paid | 4,046.25 | 96,038.75 |
| Invoice | 2/5/2013 | 1596 | Winch Tractor/7... | GMX Resources:3440 GMX Resources - ... | Paid | 6,300.00 | 102,338.75 |
| Invoice | 2/5/2013 | 1596 | Loader | GMX Resources:3440 GMX Resources - ... | Paid | 1,295.00 | 103,633.75 |
| Invoice | 2/5/2013 | 1596 | Swamper | GMX Resources:3440 GMX Resources - ... | Paid | 1,147.50 | 104,781.25 |
| Invoice | 2/5/2013 | 1596 | Crew Travel | GMX Resources:3440 GMX Resources - ... | Paid | 1,387.50 | 106,168.75 |
| Invoice | 2/5/2013 | 1596 | Crew Truck | GMX Resources:3440 GMX Resources - ... | Paid | 500.00 | 106,668.75 |
| Invoice | 3/7/2013 | 1638 | Hot Shot Trucking | GMX Resources:3440 GMX Resources - ... | Unpaid | 812.50 | 107,481.25 |
| Total 3440 GMX Resources - H&P 255 | | | | | | 107,481.25 | 107,481.25 |
| **3453 GMX** | | | | | | | |
| Invoice | 2/11/2013 | 1613 | Tractor/Stepdec... | GMX Resources:3453 GMX | Unpaid | 53,506.25 | 53,506.25 |
| Invoice | 2/11/2013 | 1613 | Permits/ State & ... | GMX Resources:3453 GMX | Unpaid | 360.00 | 53,866.25 |
| Invoice | 3/7/2013 | 1639 | Tractor/Stepdec... | GMX Resources:3453 GMX | Unpaid | 1,312.50 | 55,178.75 |
| Total 3453 GMX | | | | | | 55,178.75 | 55,178.75 |
| **3466 GMX Resources  H&P 255** | | | | | | | |
| Invoice | 3/7/2013 | 1640 | Winch Tractor/St... | GMX Resources:3466 GMX Resources ... | Unpaid | 2,047.50 | 2,047.50 |
| Invoice | 3/7/2013 | 1641 | Tractor/Stepdec... | GMX Resources:3466 GMX Resources ... | Unpaid | 2,800.00 | 4,847.50 |
| Invoice | 3/7/2013 | 1642 | Tractor/Stepdec... | GMX Resources:3466 GMX Resources ... | Unpaid | 16,187.50 | 21,035.00 |
| Total 3466 GMX Resources  H&P 255 | | | | | | 21,035.00 | 21,035.00 |
| **3481 GMX Resources - H&P 255** | | | | | | | |
| Invoice | 3/5/2013 | 1632 | Lump Sum Bid | GMX Resources:3481 GMX Resources - ... | Unpaid | 193,587.50 | 193,587.50 |
| Invoice | 3/14/2013 | 1632 b | Lump Sum Bid | GMX Resources:3481 GMX Resources - ... | Unpaid | 22,843.75 | 216,431.25 |
| Total 3481 GMX Resources - H&P 255 | | | | | | 216,431.25 | 216,431.25 |
| Total GMX Resources | | | | | | 411,020.00 | 411,020.00 |
| **TOTAL** | | | | | | 411,020.00 | 411,020.00 |

Page 1



**BLACK GOLD LOGISTICS**
5033 142nd Avenue NW
Williston, ND. 58801
(701) 425-0729
AR@blackgoldlogistics.com

# Invoice

| Date | Invoice # |
|---|---|
| 1/10/2013 | 1564 |

**Bill To**
GMX Resources
9400 N. Broadway, Ste 600
Oklahoma City, OK 73114

PAID 03/28/2013

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | 3420 GMX Resources - HP ... |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Jan 3 - Jan 4 -- H&P 255<br>Pipe Haul<br>"Fairfield State #21-16-1H"<br><br>"Dickinson, ND to Grassy Butte, ND - Magpie Rd." |  |  |
| 62.25 | Tractor/Stepdeck Trailer | 175.00 | 10,893.75 |

Remit To: BancFirst
PO Box 258800
Oklahoma City, OK 73125

**Total** $10,893.75

Exhibit "B"
Page 2 of 12



**BLACK GOLD LOGISTICS**
5033 142nd Avenue NW
Williston, ND. 58801
(701) 425-0729
AR@blackgoldlogistics.com

# Invoice

| Date | Invoice # |
|---|---|
| 2/5/2013 | 1594 |

**Bill To**

GMX Resources
9400 N. Broadway, Ste 600
Oklahoma City, OK 73114

PAID 03/28/2013

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | 3440 GMX Resources - H&... |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Jan 26 - Jan 31 -- H&P 255<br>Rig Skid - near Belfield, ND<br>"Fairfield Stat #21-16-1H" - old location<br><br>Lump Sum Bid | 85,000.00 | 85,000.00 |

Remit To: BancFirst
PO Box 258800
Oklahoma City, OK 73125

**Total** $85,000.00

Exhibit "B"
Page 3 of 12

# Invoice

**BLACK GOLD LOGISTICS**
5033 142nd Avenue NW
Williston, ND. 58801
(701) 425-0729
AR@blackgoldlogistics.com

PAID 03/28/2013

| Date | Invoice # |
|---|---|
| 2/5/2013 | 1596 |

**Bill To**
GMX Resources
9400 N. Broadway, Ste 600
Oklahoma City, OK 73114

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | 3440 GMX Resources - H&... |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Jan 27 - Jan 31 -- H&P 255 Rig Move Extras "Fairfield State #21-16-1H" - old location |  |  |
| 6.5 | Bed Truck | 295.00 | 1,917.50 |
| 7 | Pole Truck | 275.00 | 1,925.00 |
| 18 | Tractor/Stepdeck Trailer | 175.00 | 3,150.00 |
| 20.75 | Winch Tractor/Stepdeck Trailer | 195.00 | 4,046.25 |
| 21 | Winch Tractor/70T Scona Trailer | 300.00 | 6,300.00 |
| 7 | Loader | 185.00 | 1,295.00 |
| 13.5 | Swamper | 85.00 | 1,147.50 |
| 18.5 | Crew Travel | 75.00 | 1,387.50 |
| 2 | Crew Truck | 250.00 | 500.00 |

Remit To: BancFirst
PO Box 258800
Oklahoma City, OK 73125

**Total** $21,668.75

# Invoice

**BLACK GOLD LOGISTICS**
5033 142nd Avenue NW
Williston, ND. 58801
(701) 425-0729
AR@blackgoldlogistics.com

| Date | Invoice # |
|---|---|
| 2/11/2013 | 1613 |

**Bill To**
GMX Resources
9400 N. Broadway, Ste 600
Oklahoma City, OK 73114

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | 3453 GMX |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Feb 5 - Feb 7 -- H&P 255 |  |  |
|  | Pipe Haul - Kimball, NE to Grassy Butte, ND |  |  |
|  | "Castronics" - "Pyramid Tubular" |  |  |
| 305.75 | Tractor/Stepdeck Trailer | 175.00 | 53,506.25 |
| 1 | Permits/ State & County | 360.00 | 360.00 |

Remit To: BancFirst
PO Box 258800
Oklahoma City, OK 73125

**Total** $53,866.25



# Invoice

**BLACK GOLD LOGISTICS**
5033 142nd Avenue NW
Williston, ND. 58801
(701) 425-0729
AR@blackgoldlogistics.com

| Date | Invoice # |
|---|---|
| 3/5/2013 | 1632 |

**Bill To**
GMX Resources
9400 N. Broadway, Ste 600
Oklahoma City, OK 73114

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | 3481 GMX Resources - H&... |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Feb 26 to Mar 8 -- H&P 255<br>Stack Out<br>"Fairfield State #21-16-2H" - old location<br><br>Lump Sum Bid | 193,587.50 | 193,587.50 |

Remit To: BancFirst
PO Box 258800
Oklahoma City, OK 73125

**Total**  $193,587.50

Exhibit "B"
Page 6 of 12

# Invoice



**BLACK GOLD LOGISTICS**
5033 142nd Avenue NW
Williston, ND. 58801
(701) 425-0729
AR@blackgoldlogistics.com

| Date | Invoice # |
|---|---|
| 3/14/2013 | 1632 b |

**Bill To**

GMX Resources
9400 N. Broadway, Ste 600
Oklahoma City, OK 73114

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | 3481 GMX Resources - H&... |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Add'l Trucks Called out and Included in Original Invoice |  |  |
| 1 | Lump Sum Bid | 22,843.75 | 22,843.75 |

Remit To: BancFirst
PO Box 258800
Oklahoma City, OK 73125

**Total** $22,843.75



# Invoice

**BLACK GOLD LOGISTICS**
5033 142nd Avenue NW
Williston, ND. 58801
(701) 425-0729
AR@blackgoldlogistics.com

| Date | Invoice # |
|---|---|
| 3/7/2013 | 1638 |

**Bill To**
GMX Resources
9400 N. Broadway, Ste 600
Oklahoma City, OK 73114

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | 3440 GMX Resources - H&... |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Feb 2 -- H&P 255 |  |  |
|  | Hot Shot - Centralizer, Weld Kits, etc |  |  |
|  | "Fairfield State #21-16-1H" |  |  |
| 6.5 | Hot Shot Trucking | 125.00 | 812.50 |

Remit To: BancFirst
PO Box 258800
Oklahoma City, OK 73125

**Total** $812.50

Exhibit "B"
Page 8 of 12

# Invoice



**BLACK GOLD LOGISTICS**
5033 142nd Avenue NW
Williston, ND. 58801
(701) 425-0729
AR@blackgoldlogistics.com

| Date | Invoice # |
|---|---|
| 3/7/2013 | 1639 |

**Bill To**
GMX Resources
9400 N. Broadway, Ste 600
Oklahoma City, OK 73114

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | 3453 GMX |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Feb 8 -- H&P 255<br>Pipe from Patterson / Stabilizers from Haliburton<br>"Fairfield State #21-16-1H" |  |  |
| 7.5 | Tractor/Stepdeck Trailer | 175.00 | 1,312.50 |

Remit To: BancFirst
PO Box 258800
Oklahoma City, OK 73125

**Total**  $1,312.50

# Invoice



**BLACK GOLD LOGISTICS**
5033 142nd Avenue NW
Williston, ND. 58801
(701) 425-0729
AR@blackgoldlogistics.com

| Date | Invoice # |
|---|---|
| 3/7/2013 | 1640 |

**Bill To**
GMX Resources
9400 N. Broadway, Ste 600
Oklahoma City, OK 73114

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | 3466 GMX Resources H&... |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Feb 12 -- H&P 255<br>Pipe Haul - Patterson & Black Hills Yards<br>"Fairfield State #21-16-1H" |  |  |
| 10.5 | Winch Tractor/Stepdeck Trailer | 195.00 | 2,047.50 |

Remit To: BancFirst
PO Box 258800
Oklahoma City, OK 73125

**Total** $2,047.50



# Invoice

**BLACK GOLD LOGISTICS**
5033 142nd Avenue NW
Williston, ND. 58801
(701) 425-0729
AR@blackgoldlogistics.com

| Date | Invoice # |
|---|---|
| 3/7/2013 | 1641 |

**Bill To**

GMX Resources
9400 N. Broadway, Ste 600
Oklahoma City, OK 73114

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | 3466 GMX Resources H&... |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 16 | Feb 17 -- H&P 255<br>Pipe Haul to Hermosa, SD<br>"Fairfield State #21-16-1H"<br><br>Tractor/Stepdeck Trailer | 175.00 | 2,800.00 |

Remit To: BancFirst
PO Box 258800
Oklahoma City, OK 73125

**Total**  $2,800.00



**BLACK GOLD LOGISTICS**
5033 142nd Avenue NW
Williston, ND. 58801
(701) 425-0729
AR@blackgoldlogistics.com

# Invoice

| Date | Invoice # |
|---|---|
| 3/7/2013 | 1642 |

**Bill To**
GMX Resources
9400 N. Broadway, Ste 600
Oklahoma City, OK 73114

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | 3466 GMX Resources H&... |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Feb 18 to Feb 19 -- H&P 255 Pipe from Kimball, NE (Castronics) "Fairfield State #21-16-1H" |  |  |
| 92.5 | Tractor/Stepdeck Trailer | 175.00 | 16,187.50 |

Remit To: BancFirst
PO Box 258800
Oklahoma City, OK 73125

**Total** $16,187.50

Exhibit "B"
Page 12 of 12