# EXHIBIT 1





# IMAGING

GMX Resources Inc.
Attn: Nick Sommer
9400 North Broadway
Suite 600
Oklahoma City, OK 73114

**DATE:** 02/15/2013

| | | |
|---|---|---|
| **PROJECT NO:** VS11-1076A | **SALES REP:** SL | **INVOICE NO:** CS0435 |
| **PROJECT MGR:** SL | **IMAGER:** | **Project Name:** Bear Creek 3D |
| **TERMS:** Net 30 Days | | **Project Loc:** Wyoming, Goshen, Platte & Laramie Counties |

## INVOICE

| GEOPHYSICAL SERVICES | PRICE |
|---|---|
| **GX Technology Program: Bear Creek 3D Survey**<br><br>Licensing 204.87 surface square miles of the Bear Creek 3D Survey per SLA #01<br><br>Upon completion of data acquisition<br><br><br><br>Contact: Nick Sommer // 405 600-0711 // Electronic copy to nsommer@gmxresources.com | $1,387,200.00 |
| **TOTAL DUE THIS INVOICE:** | $1,387,200.00 |

| Mail Checks to Lock Box: | Send Wires to:   (Foreign Wires | Use SWIFT # | U.S. Wires  Use ABA #) |
|---|---|---|---|
| GX Technology<br>Mailcode: 5069<br>P.O. Box: 660367<br>Dallas, TX 75266-0367 | BANK:  CitiBank, NA<br>2000 W. Sam Houston<br>Pkwy S, Suite 175<br>Houston, TX 77042<br>ABA#:  113193532 | **ACCOUNT NAME:**<br><br>**ACCOUNT #:**<br>**SWIFT #:**<br>Intermediary Bank<br>**Routing #:** | **GX TECHNOLOGY**<br>**CORPORATION**<br>9771831910<br>CitiUS33<br><br>021000089 |