

# Lonquist & Co. LLC
# Invoice

3345 Bee Cave Road
Suite 201
Austin, TX 78746

| Date | Invoice # |
|---|---|
| 4/30/2013 | 5478 |

**Bill To**

Looper Reed & McGraw P.C.
Attn:Jason S. Brookner
1601 Elm Street, Suite 4600
Dallas, TX  75201

| Customer Number | Engineer | | | Invoice Delivered Via | Due Date |
|---|---|---|---|---|---|
| 914 | RRL | | | | 5/30/2013 |

| Description | Project Name | Hours | Rate | Amount |
|---|---|---|---|---|
| Nathaniel Byars (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 1 | 100.00 | 100.00 |
| Don Charbula (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 55.25 | 350.00 | 19,337.50 |
| Richard Lonquist (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 14 | 350.00 | 4,900.00 |
| Maria Rivas (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 1.25 | 65.00 | 81.25 |
| Don Charbula - Airfare to Oklahoma City - GMX Resources Bankruptcy | 914 GMX Resources Bankruptcy | | 518.60 | 518.60 |
| Don Charbula - Airfare to Oklahoma City - GMX Resources Bankruptcy | 914 GMX Resources Bankruptcy | | 285.80 | 285.80 |
| Don Charbula - Airfare from Oklahoma City - GMX Resources Bankruptcy | 914 GMX Resources Bankruptcy | | 488.80 | 488.80 |
| Don Charbula - Airfare to Oklahoma City (Refunded) - GMX Resources Bankruptcy | 914 GMX Resources Bankruptcy | | -276.80 | -276.80 |
| Don Charbula - Baggage - GMX Resources Bankruptcy | 914 GMX Resources Bankruptcy | | 25.00 | 25.00 |
| Don Charbula - Airport Parking - GMX Resources Bankruptcy | 914 GMX Resources Bankruptcy | | 59.00 | 59.00 |
| Don Charbula - Hotel - GMX Resources Bankruptcy | 914 GMX Resources Bankruptcy | | 682.89 | 682.89 |
| Don Charbula - mileage to/from SA airport - 131.4 miles @ $1.25/mile - 4.24&4.23.13 | 914 GMX Resources Bankruptcy | 131.4 | 1.25 | 164.25 |
| Don Charbula - Taxi - 4.21& 4.23.13 | 914 GMX Resources Bankruptcy | | 49.00 | 49.00 |
| Don Charbula - Meal- 4.23.13 | 914 GMX Resources Bankruptcy | | 7.93 | 7.93 |
| FedEx - 04.26.13 | 914 GMX Resources Bankruptcy | | 30.64 | 30.64 |

Thank you for your business.

**Total**     $26,453.86

For questions regarding this invoice please contact us at the email address or phone number listed below:

E-mail     Invoicing@lonquist.com

Phone #     (512) 600-1762

Fax #     (512) 732-9816

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC

**Nathaniel Byars**

| | Winston & Strawn, LLP | | |
|---|---|---|---|
| | | | Description of work |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-Apr-13 | | |
| GMX Resources Bankruptcy | 2-Apr-13 | | |
| GMX Resources Bankruptcy | 3-Apr-13 | | |
| GMX Resources Bankruptcy | 4-Apr-13 | | |
| GMX Resources Bankruptcy | 5-Apr-13 | | |
| GMX Resources Bankruptcy | 6-Apr-13 | | |
| GMX Resources Bankruptcy | 7-Apr-13 | | |
| GMX Resources Bankruptcy | 8-Apr-13 | | |
| GMX Resources Bankruptcy | 9-Apr-13 | | |
| GMX Resources Bankruptcy | 10-Apr-13 | | |
| GMX Resources Bankruptcy | 11-Apr-13 | | |
| GMX Resources Bankruptcy | 12-Apr-13 | | |
| GMX Resources Bankruptcy | 13-Apr-13 | | |
| GMX Resources Bankruptcy | 14-Apr-13 | | |
| GMX Resources Bankruptcy | 15-Apr-13 | | |
| GMX Resources Bankruptcy | 16-Apr-13 | | |
| GMX Resources Bankruptcy | 17-Apr-13 | | |
| GMX Resources Bankruptcy | 18-Apr-13 | | |
| GMX Resources Bankruptcy | 19-Apr-13 | | |
| GMX Resources Bankruptcy | 20-Apr-13 | | |
| GMX Resources Bankruptcy | 21-Apr-13 | | |
| GMX Resources Bankruptcy | 22-Apr-13 | 1.00 | Create data room profile. Attempting to access data room, access denied. |
| GMX Resources Bankruptcy | 23-Apr-13 | | |
| GMX Resources Bankruptcy | 24-Apr-13 | | |
| GMX Resources Bankruptcy | 25-Apr-13 | | |
| GMX Resources Bankruptcy | 26-Apr-13 | | |
| GMX Resources Bankruptcy | 27-Apr-13 | | |
| GMX Resources Bankruptcy | 28-Apr-13 | | |
| GMX Resources Bankruptcy | 29-Apr-13 | | |
| GMX Resources Bankruptcy | 30-Apr-13 | | |
| | | 1.00 | |

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC
Don E. Charbula

| Winston & Strawn, LLP | | | |
|---|---|---|---|
| Description of work | | | |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-Apr-13 | | |
| GMX Resources Bankruptcy | 2-Apr-13 | | |
| GMX Resources Bankruptcy | 3-Apr-13 | | |
| GMX Resources Bankruptcy | 4-Apr-13 | | |
| GMX Resources Bankruptcy | 5-Apr-13 | | |
| GMX Resources Bankruptcy | 6-Apr-13 | | |
| GMX Resources Bankruptcy | 7-Apr-13 | | |
| GMX Resources Bankruptcy | 8-Apr-13 | | |
| GMX Resources Bankruptcy | 9-Apr-13 | | |
| GMX Resources Bankruptcy | 10-Apr-13 | | |
| GMX Resources Bankruptcy | 11-Apr-13 | | |
| GMX Resources Bankruptcy | 12-Apr-13 | | |
| GMX Resources Bankruptcy | 13-Apr-13 | | |
| GMX Resources Bankruptcy | 14-Apr-13 | | |
| GMX Resources Bankruptcy | 15-Apr-13 | | |
| GMX Resources Bankruptcy | 16-Apr-13 | 2.75 | Litigation support |
| GMX Resources Bankruptcy | 17-Apr-13 | 6.50 | Litigation support |
| GMX Resources Bankruptcy | 18-Apr-13 | 8.50 | Litigation support |
| GMX Resources Bankruptcy | 19-Apr-13 | 3.00 | Litigation support |
| GMX Resources Bankruptcy | 20-Apr-13 | | |
| GMX Resources Bankruptcy | 21-Apr-13 | 1.25 | Litigation support |
| GMX Resources Bankruptcy | 22-Apr-13 | 11.75 | Litigation support. Deposition in Oklahoma City |
| GMX Resources Bankruptcy | 23-Apr-13 | 8.50 | Litigation support. Hearing in Oklahoma City |
| GMX Resources Bankruptcy | 24-Apr-13 | 3.50 | Litigation support. Deposition review. |
| GMX Resources Bankruptcy | 25-Apr-13 | | |
| GMX Resources Bankruptcy | 26-Apr-13 | 1.00 | Litigation support. Telecon with Marty Averill |
| GMX Resources Bankruptcy | 27-Apr-13 | | |
| GMX Resources Bankruptcy | 28-Apr-13 | | |
| GMX Resources Bankruptcy | 29-Apr-13 | 2.00 | Litigation support |
| GMX Resources Bankruptcy | 30-Apr-13 | 6.50 | Litigation support |
| | | **55.25** | |

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC

**Richard R. Lonquist, P.E.**

| Winston & Strawn, LLP | | | |
|---|---|---|---|
| Description of work | | | |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-Apr-13 | | |
| GMX Resources Bankruptcy | 2-Apr-13 | | |
| GMX Resources Bankruptcy | 3-Apr-13 | | |
| GMX Resources Bankruptcy | 4-Apr-13 | | |
| GMX Resources Bankruptcy | 5-Apr-13 | | |
| GMX Resources Bankruptcy | 6-Apr-13 | | |
| GMX Resources Bankruptcy | 7-Apr-13 | | |
| GMX Resources Bankruptcy | 8-Apr-13 | | |
| GMX Resources Bankruptcy | 9-Apr-13 | | |
| GMX Resources Bankruptcy | 10-Apr-13 | | |
| GMX Resources Bankruptcy | 11-Apr-13 | | |
| GMX Resources Bankruptcy | 12-Apr-13 | | |
| GMX Resources Bankruptcy | 13-Apr-13 | | |
| GMX Resources Bankruptcy | 14-Apr-13 | | |
| GMX Resources Bankruptcy | 15-Apr-13 | | |
| GMX Resources Bankruptcy | 16-Apr-13 | 3.00 | |
| GMX Resources Bankruptcy | 17-Apr-13 | 5.00 | |
| GMX Resources Bankruptcy | 18-Apr-13 | 3.00 | |
| GMX Resources Bankruptcy | 19-Apr-13 | 1.00 | |
| GMX Resources Bankruptcy | 20-Apr-13 | | |
| GMX Resources Bankruptcy | 21-Apr-13 | 2.00 | |
| GMX Resources Bankruptcy | 22-Apr-13 | | |
| GMX Resources Bankruptcy | 23-Apr-13 | | |
| GMX Resources Bankruptcy | 24-Apr-13 | | |
| GMX Resources Bankruptcy | 25-Apr-13 | | |
| GMX Resources Bankruptcy | 26-Apr-13 | | |
| GMX Resources Bankruptcy | 27-Apr-13 | | |
| GMX Resources Bankruptcy | 28-Apr-13 | | |
| GMX Resources Bankruptcy | 29-Apr-13 | | |
| GMX Resources Bankruptcy | 30-Apr-13 | | |
| | | **14.00** | |

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC
Maria L Rivas

| Winston & Strawn, LLP | | | |
|---|---|---|---|
| | | | Description of work |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-Apr-13 | | |
| GMX Resources Bankruptcy | 2-Apr-13 | | |
| GMX Resources Bankruptcy | 3-Apr-13 | | |
| GMX Resources Bankruptcy | 4-Apr-13 | | |
| GMX Resources Bankruptcy | 5-Apr-13 | | |
| GMX Resources Bankruptcy | 6-Apr-13 | | |
| GMX Resources Bankruptcy | 7-Apr-13 | | |
| GMX Resources Bankruptcy | 8-Apr-13 | | |
| GMX Resources Bankruptcy | 9-Apr-13 | | |
| GMX Resources Bankruptcy | 10-Apr-13 | | |
| GMX Resources Bankruptcy | 11-Apr-13 | | |
| GMX Resources Bankruptcy | 12-Apr-13 | | |
| GMX Resources Bankruptcy | 13-Apr-13 | | |
| GMX Resources Bankruptcy | 14-Apr-13 | | |
| GMX Resources Bankruptcy | 15-Apr-13 | | |
| GMX Resources Bankruptcy | 16-Apr-13 | | |
| GMX Resources Bankruptcy | 17-Apr-13 | | |
| GMX Resources Bankruptcy | 18-Apr-13 | | |
| GMX Resources Bankruptcy | 19-Apr-13 | | |
| GMX Resources Bankruptcy | 20-Apr-13 | | |
| GMX Resources Bankruptcy | 21-Apr-13 | | |
| GMX Resources Bankruptcy | 22-Apr-13 | | |
| GMX Resources Bankruptcy | 23-Apr-13 | | |
| GMX Resources Bankruptcy | 24-Apr-13 | | |
| GMX Resources Bankruptcy | 25-Apr-13 | | |
| GMX Resources Bankruptcy | 26-Apr-13 | 1.25 | Printed reports for Don and prepared fedex pack and delivered to fedex office |
| GMX Resources Bankruptcy | 27-Apr-13 | | |
| GMX Resources Bankruptcy | 28-Apr-13 | | |
| GMX Resources Bankruptcy | 29-Apr-13 | | |
| GMX Resources Bankruptcy | 30-Apr-13 | | |
| | | 1.25 | |

The Travel Group
5909 West Loop South - # 260
Bellaire, TX. 77401

Lonquist and Company  
3345 Bee Cave Rd.  
Austin TX 78746  
Phone: +1 (713) 532-0090  
Fax: +1 (713) 268-7450

Sale Invoice No: 22618  
Date Issued: 4/19/2013  
Agent: 40

| Passenger Type | Department Ticket/Conf No | Depart Date Airline/Vendor | Return Date | Remarks Total Fare | |
|---|---|---|---|---|---|
| | | From | To | Flight | A/L | Depart | Arrive |
| Charbula/Don Earl | | 4/22/2013 | 4/23/2013 | | |
| Dom. Air | 5545930546 | Southwest Airlines - WN | | 488.60 | |
| AUS Austin | | DAL Dallas | 3340 | WN | 4/22/2013 12:35:00 PM | 4/22/2013 1:30:00 PM |
| DAL Dallas | | OKC Oklahoma City | 1046 | WN | 4/22/2013 3:25:00 PM | 4/22/2013 4:20:00 PM |
| OKC Oklahoma City | | AUS Austin | 1288 | WN | 4/23/2013 4:25:00 PM | 4/23/2013 6:50:00 PM |
| Charbula/Don Earl | | 4/22/2013 | 4/23/2013 | Charged To: AX 37-XXXX-1087 | |
| Hotel | 3519240644 | Hh Hilton Los Angeles 5711 W Century Blvd Los Angeles CA 90045 +1 (310) 410-4000 | | | |
| Charbula/Don Earl | | | | | |
| Service Fee | 0589248007 | Service Fees | | 30.00 | |

Payments Applied To This Invoice  
AX 37-XXXX-1087        Received   4/19/2013   Pymt For Inv #22618        -488.60  
AX 37-XXXX-1087        Received   4/19/2013   Pymt for Inv# 22618         -30.00  
                                                                         -518.60

Invoice Total:    518.60  
Payment Total:   -518.60  
Balance Due:       0.00

5/10/2013 3:23:59 PM                                                     Page 1

The Travel Group
5909 West Loop South - # 260
Bellaire, TX. 77401

Lonquist and Company  
3345 Bee Cave Rd.  
Austin TX 78746  
Phone: +1 (713) 532-0090  
Fax:  +1 (713) 268-7450  

Sale Invoice No: 22627  
Date Issued: 4/23/2013  
Agent: 40  

| Passenger Type | Ticket/Conf No | Department To | Depart Date Airline/Vendor Flight | Return Date A/L | Remarks Depart | Total Fare Arrive |
|---|---|---|---|---|---|---|
| Charbula/Don Earl | | | 4/23/2013 | 4/23/2013 | | |
| Dom. Air | 7193564928 | | American Airlines | | | 488.80 |
| OKC Oklahoma City | | DFW Dallas | 501 | AA | 4/23/2013 6:35:00 PM | 4/23/2013 7:35:00 PM |
| DFW Dallas | | SAT San Antonio | 1883 | AA | 4/23/2013 8:25:00 PM | 4/23/2013 9:25:00 PM |

Payments Applied To This Invoice

| | | | | | |
|---|---|---|---|---|---|
| AX 37-XXXX-1087 | Received | 4/23/2013 | Pymt For Inv #22627 | -488.80 | |
| | | | | -488.80 | |

Invoice Total: 488.80  
Payment Total: -488.80  
Balance Due: 0.00  

5/10/2013 3:23:59 PM                                                                                              Page 1

# Tessa Blackman

| | |
|---|---|
| **From:** | sbrouse@airmail.net |
| **Sent:** | Friday, May 10, 2013 2:26 PM |
| **To:** | tessa@lonquist.com |
| **Subject:** | FW: Southwest Airlines Cancellation Confirmation-CHARBULA/DON EARL-Confirmation: AJKHD4 |

Here's a credit....

**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Tuesday, April 23, 2013 3:26 PM
**To:** RESERVE@AIRMAIL.NET
**Subject:** Southwest Airlines Cancellation Confirmation-CHARBULA/DON EARL-Confirmation: AJKHD4

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

## Your reservation has been cancelled.

 **AIR Itinerary**

### AIR Confirmation: AJKHD4

Confirmation Date: 04/23/2013
Arc no: 45799751

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| CHARBULA/DON EARL | - None Entered - | 5262123798078 | Apr 19, 2014 | 2550 |

| Date | Flight | Departure/Arrival | | |
|---|---|---|---|---|
| Tue Apr 23 | 1288 | Depart **OKLAHOMA CITY OK** (OKC) at **4:25 PM**<br>Arrive in DALLAS LOVE FIELD (DAL) at 5:20 PM | | |
| | 281 | Change planes in DALLAS LOVE FIELD (DAL) at 6:10 PM<br>Arrive in **SAN ANTONIO TX** (SAT) at **7:10 PM**<br>Travel Time 2 hrs 45 mins | | |
| | | | **Air Cost:** | 276.80 |



Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.

Fare Rule(s): 5262123798078: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

1

```
OKC WN X/DAL WN SAT237.21YL 237.21 END ZPOKCDAL
XT5.00AY9.00XFOKC4.5DAL4.5
```

## Cost and Payment Summary

### AIR - AJKHD4

| | | |
|---|---|---|
| Base Fare | $ 237.21 | **Payment Information** |
| Excise Taxes | $ 17.79 | Payment Type: Ticket Exchange |
| Segment Fee | $ 7.80 | Date: Apr 21, 2013 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $276.80 |
| September 11th Security Fee | $ 5.00 | |
| **Total Air Cost** | **$ 276.80** | REFUND ON Apr 23, 2013 TO Amer Express ▬▬▬▬▬▬ $276.80 |



### Flight Status Alerts

Stay on your way with flight departure or arrival status via text message or email.

Get exclusive travel deals straight to your desktop or iPhone.

Subscribe Now                     Download DING!

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check-In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |

### Legal Policies & Helpful Information

| | | |
|---|---|---|
| Privacy Policy | Customer Service Commitment | Contact Us |
| Notice of Incorporated Terms | FAQs | |

Book Air | Book Hotel | Book Car | Book Cruises | Book Vacation Packages | See Special Offers | Manage My Account



# The Skirvin Hilton
OKLAHOMA CITY

THE SKIRVIN HILTON
One Park Avenue | Oklahoma City, OK | 73102
T: 405 272 3040 | F: 405 702 8572
W: hilton.com

**NAME AND ADDRESS:**
CHARBULA, DON
1 PARK AVE

OKLAHOMA CITY, OK 73102
US

Room: 1019/K1
Arrival Date: 4/21/2013  9:46:00PM
Departure Date: 4/23/2013 10:10:00AM
Adult/Child: 1/0
Room Rate: 229.00

RATE PLAN      LV4

HH# 941776739 BLUE
AL:
CAR:

CONFIRMATION NUMBER : 3519240644

4/23/2013   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/21/2013 | *RED PIANO LOUNGE | LINTR | 1804511 | $49.42 | | |
| 4/21/2013 | GUEST ROOM | JSTROMSK | 1804578 | $229.00 | | |
| 4/21/2013 | STATE TAX | JSTROMSK | 1804578 | $19.18 | | |
| 4/21/2013 | CITY OCCUPANCY TAX | JSTROMSK | 1804578 | $12.60 | | |
| 4/22/2013 | *ROOM SERVICE | LINTR | 1804944 | $26.75 | | |
| 4/22/2013 | *RED PIANO LOUNGE | LINTR | 1805276 | $53.62 | | |
| 4/22/2013 | GUEST ROOM | BRAY33 | 1805392 | $229.00 | | |
| 4/22/2013 | STATE TAX | BRAY33 | 1805392 | $19.18 | | |
| 4/22/2013 | CITY OCCUPANCY TAX | BRAY33 | 1805392 | $12.60 | | |
| 4/23/2013 | *ROOM SERVICE | LINTR | 1805758 | $31.54 | | |
| 4/23/2013 | AX *1087 | RNPERRY | 1805828 | | $682.89 | |
| | BALANCE | | | | | $0.00 |

### EXPENSE REPORT SUMMARY

|  | 04/21/13 | 04/22/13 | 04/23/13 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $260.78 | $260.78 | $0.00 | $521.56 |
| FOOD & BEVERAGE | $49.42 | $80.37 | $31.54 | $161.33 |
| DAILY TOTAL | $310.20 | $341.15 | $31.54 | $682.89 |

You have earned approximately 5877 Hilton HHonors points for this stay. Visit HHonors.com to check your point balance from stays at any of the 3,700 hotels within the Hilton Worldwide portfolio.

Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our internet-only Advance Purchase Rates and limited-time special offers!

ACCOUNT NO.                                               DATE OF CHARGE        FOLIO NO./CHECK NO.

CARD MEMBER NAME
AX *1087                                                  4/22/13 AUTHORIZATION   388160  A   INITIAL

ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT
                                                          PURCHASES & SERVICES

CHARBULA, DON                                             548144
                                                          TAXES

                                                          TIPS & MISC.

CARD MEMBER'S SIGNATURE                                   TOTAL AMOUNT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.     PAYMENT DUE UPON RECEIPT

AMERICAS · EUROPE · MIDDLE EAST · AFRICA · ASIA · AUSTRALASIA

```
              SALE RECEIPT
Store #22721         tko 04/23/13 19:55:06
Subway Sandwiches & Salads
DFW AIRPORT
TERMINAL A GATE A33
FORT WORTH              TX 76102
(972)574-3434
Trans# 811 Clerk 06  Mina
Owr1 TRDT 042313 Reg-ID REG-MAIN
                     Receipt # 0000886128
--- ITEM --- QTY      PRICE MEMO  PLU
BMT       6r   1  T $  5.25       10113
BTL WATER      1  T $  2.25       10049
          ---------
          SUBTOTAL $   7.50
          Sales Tx $   0.43
          ---------
TAKE-OUT **TOTAL $     7.93
Cash     AMT TEND $   20.00
          ---------
          CHANGE DUE$ 12.07
http://www.subway.com for more info
```

```
Questions Or Comments?
Please Contact:
San Antonio International Airport
9800 Airport Blvd
San Antonio TX 78216
(210) 207-3465
Rcpt# 13514
04/23/13 22:07    L#21 A#  1    Txn# 35755
04/21/13 16:40 In    04/23/13 22:07 Out
Tkt# 697863
HOURLY           $    59.00
Total fee        $    59.00
American Axp     $    59.00-
XXXXXXXXXXX1007
Approval No.:542810
Reference No.:00000849
Change Due    $    0.00
Thank You For Choosing To Park With Us
```





4/23/2013

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-259-51941 | May 02, 2013 | 2432-0500-0 | 5 of 6 |

**Dropped off:** Apr 26, 2013  **Cust. Ref.:** NO REFERENCE INFORMATION  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.00% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 799622653473 | Tricia Henry | Mr. Marty Averill | |
| Service Type | FedEx Priority Overnight | Lonquist and Co., LLC | Looper Reed & McGraw, P.C. | |
| Package Type | Customer Packaging | 3345 Bee Cave Road | 1601 Elm Street | |
| Zone | 03 | AUSTIN TX 78746 US | DALLAS TX 75201 US | |
| Packages | 1 | | | |
| Rated Weight | 6.0 lbs, 2.7 kgs | | | |
| Delivered | Apr 29, 2013 10:30 | Transportation Charge | | 42.10 |
| Svc Area | A1 | Discount | | -14.74 |
| Signed by | T.SSANES | Fuel Surcharge | | 3.28 |
| FedEx Use | 000000000/0001508/_ | **Total Charge** | USD | **$30.64** |

**Dropped off:** Apr 26, 2013  **Cust. Ref.:** F575  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.00% to this shipment.
- Distance Based Pricing, Zone 4
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | | |
| Tracking ID | 799625075253 | Tricia Henry | | |
| Service Type | FedEx Priority Overnight | Lonquist and Co., LLC | | |
| Package Type | FedEx Pak | 3345 Bee Cave Road | | |
| Zone | 04 | AUSTIN TX 78746 US | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Apr 29, 2013 09:36 | Transportation Charge | | 46.50 |
| Svc Area | A1 | Fuel Surcharge | | 3.46 |
| Signed by | P.LARE | Discount | | -17.67 |
| FedEx Use | 000000000/0001530/_ | **Total Charge** | USD | **$32.29** |

| | | |
|---|---|---|
| | **Apr 26, 2013 Subtotal** USD | **$89.74** |

**Dropped off:** Apr 29, 2013  **Cust. Ref.:** LFS G&A  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.00% to this shipment.
- Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | | |
| Tracking ID | 799624521114 | Tricia Henry | | |
| Service Type | FedEx Priority Overnight | Lonquist and Co., LLC | | |
| Package Type | Customer Packaging | 3345 Bee Cave Road | | |
| Zone | 02 | AUSTIN TX 78746 US | | |
| Packages | 1 | | | |
| Rated Weight | 9.0 lbs, 4.1 kgs | | | |
| Delivered | Apr 30, 2013 09:17 | Transportation Charge | | 34.90 |
| Svc Area | A1 | Discount | | -11.87 |
| Signed by | S.BROUSSE | Fuel Surcharge | | 2.76 |
| FedEx Use | 000000000/0001486/_ | **Total Charge** | USD | **$25.79** |

**Dropped off:** Apr 29, 2013  **Cust. Ref.:** F543  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.00% to this shipment.
- Distance Based Pricing, Zone 4

| | | |
|---|---|---|
| Automation | INET | **Sender** |
| Tracking ID | 799640486516 | Tricia Henry |
| Service Type | FedEx Priority Overnight | Lonquist and Co., LLC |
| Package Type | FedEx Envelope | 3345 Bee Cave Road |
| Zone | 04 | AUSTIN TX 78746 US |
| Packages | 1 | |
| Rated Weight | N/A | |

Continued on next page



1121-01-00-0044480-0001-0114944

**FedEx**   Shipment Receipt

**Address Information**

Ship to:
Mr. Marty Averill
Looper Reed & McGraw, P.C.
1601 Elm Street
Suite 4600
DALLAS, TX
75201
US
4693206023

Ship from:
Tricia Henry
Lonquist and Co., LLC
3345 Bee Cave Road
Suite 201
Austin, TX
78746
US
5127329812

**Shipment Information:**
Tracking no.: 799622653473
Ship date: 04/26/2013
Estimated shipping charges: 33.96

**Package Information**
Service type: Priority Overnight
Package type: FedEx Pak
Number of packages: 1
Total weight: 8 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: MyAccount-000
Your reference: *PROJECT # 914*
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.