

# Lonquist & Co. LLC
# Invoice

3345 Bee Cave Road
Suite 201
Austin, TX 78746

| Date | Invoice # |
|---|---|
| 5/31/2013 | 5542 |

**Bill To**

Looper Reed & McGraw P.C.
Attn:Jason S. Brookner
1601 Elm Street, Suite 4600
Dallas, TX  75201

| Customer Number | Engineer | | Invoice Delivered Via | Due Date |
|---|---|---|---|---|
| 914 | RRL | | | 6/30/2013 |

| Description | Project Name | Hours | Rate | Amount |
|---|---|---|---|---|
| Nathaniel Byars (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 13.5 | 135.00 | 1,822.50 |
| Don Charbula (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 90.5 | 350.00 | 31,675.00 |
| Tyson McClead (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 69.25 | 162.50 | 11,253.13 |
| Chris Weyand (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 0.75 | 130.00 | 97.50 |

Thank you for your business.

**Total**  $44,848.13

For questions regarding this invoice please contact us at the email address or phone number listed below:

E-mail    Invoicing@lonquist.com

Phone #   (512) 600-1762

Fax #     (512) 732-9816

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC
**Nathaniel Byars**

| | Looper Reed & McGraw P.C. | | |
|---|---|---|---|
| | Description of work | | |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-May-13 | | |
| GMX Resources Bankruptcy | 2-May-13 | | |
| GMX Resources Bankruptcy | 3-May-13 | | |
| GMX Resources Bankruptcy | 4-May-13 | | |
| GMX Resources Bankruptcy | 5-May-13 | | |
| GMX Resources Bankruptcy | 6-May-13 | | |
| GMX Resources Bankruptcy | 7-May-13 | | |
| GMX Resources Bankruptcy | 8-May-13 | | |
| GMX Resources Bankruptcy | 9-May-13 | | |
| GMX Resources Bankruptcy | 10-May-13 | | |
| GMX Resources Bankruptcy | 11-May-13 | | |
| GMX Resources Bankruptcy | 12-May-13 | | |
| GMX Resources Bankruptcy | 13-May-13 | | |
| GMX Resources Bankruptcy | 14-May-13 | | |
| GMX Resources Bankruptcy | 15-May-13 | | |
| GMX Resources Bankruptcy | 16-May-13 | | |
| GMX Resources Bankruptcy | 17-May-13 | | |
| GMX Resources Bankruptcy | 18-May-13 | | |
| GMX Resources Bankruptcy | 19-May-13 | | |
| GMX Resources Bankruptcy | 20-May-13 | | |
| GMX Resources Bankruptcy | 21-May-13 | 8.00 | Create Wyoming map of GMX leasehold interests |
| GMX Resources Bankruptcy | 22-May-13 | 2.00 | Add locations of all horizontals around Wyoming leasehold interests |
| GMX Resources Bankruptcy | 23-May-13 | 2.00 | Create Texas GMX PDP and PUD map |
| GMX Resources Bankruptcy | 24-May-13 | | |
| GMX Resources Bankruptcy | 25-May-13 | | |
| GMX Resources Bankruptcy | 26-May-13 | | |
| GMX Resources Bankruptcy | 27-May-13 | | |
| GMX Resources Bankruptcy | 28-May-13 | | |
| GMX Resources Bankruptcy | 29-May-13 | | |
| GMX Resources Bankruptcy | 30-May-13 | 1.50 | Add recent permits to Wyoming leasehold map |
| GMX Resources Bankruptcy | 31-May-13 | | |
| | | **13.50** | |

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC
**Don E. Charbula**

### Looper Reed & McGraw P.C.
#### Description of work

| Project | Date | TIME | SPECIFIC ACTIVITY |
|---|---|---|---|
| GMX Resources Bankruptcy | 1-May-13 | 2.00 | Litigation support. Submit data requests to council. Continue evaluation of PROB and POSS reserves |
| GMX Resources Bankruptcy | 2-May-13 | | |
| GMX Resources Bankruptcy | 3-May-13 | | |
| GMX Resources Bankruptcy | 4-May-13 | | |
| GMX Resources Bankruptcy | 5-May-13 | | |
| GMX Resources Bankruptcy | 6-May-13 | 0.50 | Litigation support.Return revised NDA to council. |
| GMX Resources Bankruptcy | 7-May-13 | | |
| GMX Resources Bankruptcy | 8-May-13 | | |
| GMX Resources Bankruptcy | 9-May-13 | 7.50 | Litigation support. |
| GMX Resources Bankruptcy | 10-May-13 | 4.00 | Litigation support |
| GMX Resources Bankruptcy | 11-May-13 | | |
| GMX Resources Bankruptcy | 12-May-13 | | |
| GMX Resources Bankruptcy | 13-May-13 | 10.00 | Litigation support. Continue evaluation of PROB and POSS reserves |
| GMX Resources Bankruptcy | 14-May-13 | 4.25 | Litigation support. Telecon with council re. case. Received and reviewed: GMX 8-K filing dated May 13, 2013; Final Project Glory Opportunity overview prepared by Jefferies; Draft Asset Purchase Agreement ("APA") |
| GMX Resources Bankruptcy | 15-May-13 | | |
| GMX Resources Bankruptcy | 16-May-13 | 4.50 | Litigation support. Continue review of APA document. Continue evaluation of PROB and POSS reserves |
| GMX Resources Bankruptcy | 17-May-13 | 0.25 | Litigation support. Telecon with council re. case |
| GMX Resources Bankruptcy | 18-May-13 | | |
| GMX Resources Bankruptcy | 19-May-13 | | |
| GMX Resources Bankruptcy | 20-May-13 | 3.25 | Litigation support Continue evaluation of PROB and POSS reserves |
| GMX Resources Bankruptcy | 21-May-13 | 7.75 | Litigation support Continue evaluation of PROB and POSS reserves |
| GMX Resources Bankruptcy | 22-May-13 | 6.75 | Litigation support Continue evaluation of PROB and POSS reserves |
| GMX Resources Bankruptcy | 23-May-13 | 7.25 | Litigation support Continue evaluation of PROB and POSS reserves |
| GMX Resources Bankruptcy | 24-May-13 | | |
| GMX Resources Bankruptcy | 25-May-13 | | |
| GMX Resources Bankruptcy | 26-May-13 | | |
| GMX Resources Bankruptcy | 27-May-13 | | |
| GMX Resources Bankruptcy | 28-May-13 | 7.50 | Litigation support Continue evaluation of PROB and POSS reserves |
| GMX Resources Bankruptcy | 29-May-13 | 8.00 | Litigation support Continue evaluation of PROB and POSS reserves |
| GMX Resources Bankruptcy | 30-May-13 | 9.75 | Litigation support Continue evaluation of PROB and POSS reserves. Research status of wells in Louisiana which were not in the D&M report. |
| GMX Resources Bankruptcy | 31-May-13 | 7.25 | Litigation support Continue evaluation of PROB and POSS reserves. Research status of wells in Louisiana which were not in the D&M report. Telscon with council re. Louisiana wells |
| | | 90.50 | |

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC
**G Tyson McClead**

| Looper Reed & McGraw P.C. | | | |
|---|---|---|---|
| **Description of work** | | | |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-May-13 | | |
| GMX Resources Bankruptcy | 2-May-13 | | |
| GMX Resources Bankruptcy | 3-May-13 | | |
| GMX Resources Bankruptcy | 4-May-13 | | |
| GMX Resources Bankruptcy | 5-May-13 | | |
| GMX Resources Bankruptcy | 6-May-13 | | |
| GMX Resources Bankruptcy | 7-May-13 | | |
| GMX Resources Bankruptcy | 8-May-13 | | |
| GMX Resources Bankruptcy | 9-May-13 | | |
| GMX Resources Bankruptcy | 10-May-13 | | |
| GMX Resources Bankruptcy | 11-May-13 | | |
| GMX Resources Bankruptcy | 12-May-13 | | |
| GMX Resources Bankruptcy | 13-May-13 | | |
| GMX Resources Bankruptcy | 14-May-13 | | |
| GMX Resources Bankruptcy | 15-May-13 | | |
| GMX Resources Bankruptcy | 16-May-13 | | |
| GMX Resources Bankruptcy | 17-May-13 | | |
| GMX Resources Bankruptcy | 18-May-13 | | |
| GMX Resources Bankruptcy | 19-May-13 | | |
| GMX Resources Bankruptcy | 20-May-13 | | |
| GMX Resources Bankruptcy | 21-May-13 | 6.75 | Litigation support. Researching Wyoming Ownership and Surrounding Area |
| GMX Resources Bankruptcy | 22-May-13 | 9.50 | Litigation support. Researching Wyoming Ownership and Surrounding Area |
| GMX Resources Bankruptcy | 23-May-13 | 9.00 | Litigation support. Researching Wyoming Ownership and Surrounding Area |
| GMX Resources Bankruptcy | 24-May-13 | 8.50 | Litigation support. Researching Wyoming Ownership and Surrounding Area |
| GMX Resources Bankruptcy | 25-May-13 | | |
| GMX Resources Bankruptcy | 26-May-13 | | |
| GMX Resources Bankruptcy | 27-May-13 | | |
| GMX Resources Bankruptcy | 28-May-13 | 9.50 | Litigation support. Researching Texas Ownership and Surrounding Area |
| GMX Resources Bankruptcy | 29-May-13 | 9.00 | Litigation support. Researching Texas Ownership and Surrounding Area |
| GMX Resources Bankruptcy | 30-May-13 | 8.00 | Litigation support. Researching Texas Ownership and Surrounding Area |
| GMX Resources Bankruptcy | 31-May-13 | 9.00 | Litigation support. Researching Texas Ownership and Surrounding Area |
| | | **69.25** | |

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC

Chris Weyand

| Looper Reed & McGraw P.C. | | | |
|---|---|---|---|
| **Description of work** | | | |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-May-13 | | |
| GMX Resources Bankruptcy | 2-May-13 | | |
| GMX Resources Bankruptcy | 3-May-13 | | |
| GMX Resources Bankruptcy | 4-May-13 | | |
| GMX Resources Bankruptcy | 5-May-13 | | |
| GMX Resources Bankruptcy | 6-May-13 | | |
| GMX Resources Bankruptcy | 7-May-13 | | |
| GMX Resources Bankruptcy | 8-May-13 | | |
| GMX Resources Bankruptcy | 9-May-13 | | |
| GMX Resources Bankruptcy | 10-May-13 | | |
| GMX Resources Bankruptcy | 11-May-13 | | |
| GMX Resources Bankruptcy | 12-May-13 | | |
| GMX Resources Bankruptcy | 13-May-13 | | |
| GMX Resources Bankruptcy | 14-May-13 | | |
| GMX Resources Bankruptcy | 15-May-13 | | |
| GMX Resources Bankruptcy | 16-May-13 | | |
| GMX Resources Bankruptcy | 17-May-13 | | |
| GMX Resources Bankruptcy | 18-May-13 | | |
| GMX Resources Bankruptcy | 19-May-13 | | |
| GMX Resources Bankruptcy | 20-May-13 | | |
| GMX Resources Bankruptcy | 21-May-13 | | |
| GMX Resources Bankruptcy | 22-May-13 | | |
| GMX Resources Bankruptcy | 23-May-13 | | |
| GMX Resources Bankruptcy | 24-May-13 | | |
| GMX Resources Bankruptcy | 25-May-13 | | |
| GMX Resources Bankruptcy | 26-May-13 | | |
| GMX Resources Bankruptcy | 27-May-13 | | |
| GMX Resources Bankruptcy | 28-May-13 | | |
| GMX Resources Bankruptcy | 29-May-13 | | |
| GMX Resources Bankruptcy | 30-May-13 | | |
| GMX Resources Bankruptcy | 31-May-13 | 0.75 | Litigation Support. Researched well status for LA oil wells in Homer Field. |
| | | 0.75 | |