

3345 Bee Cave Road
Suite 201
Austin, TX 78746

# Lonquist & Co. LLC
# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2013 | 5604 |

| Bill To |
|---|
| Looper Reed & McGraw P.C.<br>Attn:Jason S. Brookner<br>1601 Elm Street, Suite 4600<br>Dallas, TX  75201 |

| Customer Number | Engineer | | Invoice Delivered Via | Due Date |
|---|---|---|---|---|
| 914 | RRL | | | 7/30/2013 |

| Description | Project Name | Hours | Rate | Amount |
|---|---|---|---|---|
| Don Charbula (see attached timeshare for detail) | 914 GMX Resources Bankruptcy | 78.5 | 350.00 | 27,475.00 |
| Tyson McClead (see attached timeshare for detail) | 914 GMX Resources Bankruptcy | 34.5 | 162.50 | 5,606.25 |
| Richard Lonquist (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 3 | 350.00 | 1,050.00 |
| Don Charbula - Airfare from Oklahoma City - GMX Resources Bankruptcy | 914 GMX Resources Bankruptcy | | 275.30 | 275.30 |
| Don - Travel Fee | 914 GMX Resources Bankruptcy | | 30.00 | 30.00 |
| Don Charbula - Refund - Airfare from Oklahoma City - GMX Resources Bankruptcy | 914 GMX Resources Bankruptcy | | -487.10 | -487.10 |

Thank you for your business.

**Total**  $33,949.45

For questions regarding this invoice please contact us at the email address or phone number listed below:

E-mail    Invoicing@lonquist.com

Phone #    (512) 600-1762

Fax #    (512) 732-9816

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC
**Don E. Charbula**

| | **Looper Reed & McGraw P.C.** | | |
|---|---|---|---|
| | | **Description of work** | |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-Jun-13 | | |
| GMX Resources Bankruptcy | 2-Jun-13 | 8.50 | Review and comment on ver. 1 of CIM draft |
| GMX Resources Bankruptcy | 3-Jun-13 | 9.50 | Telecon with council re. Wyoming wells, Send CIM comments to ConwayMacKenzie and council |
| GMX Resources Bankruptcy | 4-Jun-13 | 5.25 | Telecon with council re. hearing on June 11th. Began review and prep for hearing |
| GMX Resources Bankruptcy | 5-Jun-13 | 10.25 | Continued prep for June 11th hearing |
| GMX Resources Bankruptcy | 6-Jun-13 | 9.50 | Reviewed motions and objections for bidding process. Reviewed and commented on ver. 2 of CIM. |
| GMX Resources Bankruptcy | 7-Jun-13 | | |
| GMX Resources Bankruptcy | 8-Jun-13 | | |
| GMX Resources Bankruptcy | 9-Jun-13 | | |
| GMX Resources Bankruptcy | 10-Jun-13 | 0.25 | Telecon with ConwayMacKenzie re. midstream marketing options for GMXR  E. Texas assets |
| GMX Resources Bankruptcy | 11-Jun-13 | | |
| GMX Resources Bankruptcy | 12-Jun-13 | 1.50 | Telecon with Jefferies and ConwayMacKenzie |
| GMX Resources Bankruptcy | 13-Jun-13 | | |
| GMX Resources Bankruptcy | 14-Jun-13 | 2.50 | Telecon with council. Download and review new data from VDR. Prepared queries to compare original and revised Access databases |
| GMX Resources Bankruptcy | 15-Jun-13 | | |
| GMX Resources Bankruptcy | 16-Jun-13 | | |
| GMX Resources Bankruptcy | 17-Jun-13 | 1.00 | Telecon with Conway MacKenzie. Began review of settlement with East Texas Petroleum |
| GMX Resources Bankruptcy | 18-Jun-13 | 1.25 | Telecon with ConwayMacKenzie. Continued review of settlement with East Texas Petroleum |
| GMX Resources Bankruptcy | 19-Jun-13 | 8.25 | Prepared economic runs to match results in CIM. |
| GMX Resources Bankruptcy | 20-Jun-13 | 10.00 | Prepared roll-forward economics with revised pricing and effective date of June 2013. Telecon with council re. drilling schedule in rolled-forward data base. |
| GMX Resources Bankruptcy | 21-Jun-13 | 4.00 | Continued review of East Texas Petroleum settlement |
| GMX Resources Bankruptcy | 22-Jun-13 | | |
| GMX Resources Bankruptcy | 23-Jun-13 | | |
| GMX Resources Bankruptcy | 24-Jun-13 | | |
| GMX Resources Bankruptcy | 25-Jun-13 | 3.75 | Telecon with council re. Cotton Valley sale evaluation. Review PSA docs |
| GMX Resources Bankruptcy | 26-Jun-13 | 3.00 | Review PSA docs |
| GMX Resources Bankruptcy | 27-Jun-13 | | |
| GMX Resources Bankruptcy | 28-Jun-13 | | |
| GMX Resources Bankruptcy | 29-Jun-13 | | |
| GMX Resources Bankruptcy | 30-Jun-13 | | |
| | | **78.50** | |

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC
G Tyson McClead

| Looper Reed & McGraw P.C. | | | |
|---|---|---|---|
| **Description of work** | | | |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-Jun-13 | | |
| GMX Resources Bankruptcy | 2-Jun-13 | | |
| GMX Resources Bankruptcy | 3-Jun-13 | 8.00 | Litigation Support. Researching Texas Ownership and Surrounding Area |
| GMX Resources Bankruptcy | 4-Jun-13 | 9.00 | Litigation Support. Researching Texas Ownership and Surrounding Area |
| GMX Resources Bankruptcy | 5-Jun-13 | 8.50 | Litigation Support. Researching Texas Ownership and Surrounding Area |
| GMX Resources Bankruptcy | 6-Jun-13 | 9.00 | Litigation Support. Researching Texas Ownership and Surrounding Area |
| GMX Resources Bankruptcy | 7-Jun-13 | | |
| GMX Resources Bankruptcy | 8-Jun-13 | | |
| GMX Resources Bankruptcy | 9-Jun-13 | | |
| GMX Resources Bankruptcy | 10-Jun-13 | | |
| GMX Resources Bankruptcy | 11-Jun-13 | | |
| GMX Resources Bankruptcy | 12-Jun-13 | | |
| GMX Resources Bankruptcy | 13-Jun-13 | | |
| GMX Resources Bankruptcy | 14-Jun-13 | | |
| GMX Resources Bankruptcy | 15-Jun-13 | | |
| GMX Resources Bankruptcy | 16-Jun-13 | | |
| GMX Resources Bankruptcy | 17-Jun-13 | | |
| GMX Resources Bankruptcy | 18-Jun-13 | | |
| GMX Resources Bankruptcy | 19-Jun-13 | | |
| GMX Resources Bankruptcy | 20-Jun-13 | | |
| GMX Resources Bankruptcy | 21-Jun-13 | | |
| GMX Resources Bankruptcy | 22-Jun-13 | | |
| GMX Resources Bankruptcy | 23-Jun-13 | | |
| GMX Resources Bankruptcy | 24-Jun-13 | | |
| GMX Resources Bankruptcy | 25-Jun-13 | | |
| GMX Resources Bankruptcy | 26-Jun-13 | | |
| GMX Resources Bankruptcy | 27-Jun-13 | | |
| GMX Resources Bankruptcy | 28-Jun-13 | | |
| GMX Resources Bankruptcy | 29-Jun-13 | | |
| GMX Resources Bankruptcy | 30-Jun-13 | | |
| | | **34.50** | |

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC

**Richard R Lonquist, P.E.**

| \ | Looper Reed & McGraw P.C. | | |
|---|---|---|---|
| | **Description of work** | | |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-Jun-13 | | |
| GMX Resources Bankruptcy | 2-Jun-13 | | |
| GMX Resources Bankruptcy | 3-Jun-13 | | |
| GMX Resources Bankruptcy | 4-Jun-13 | | |
| GMX Resources Bankruptcy | 5-Jun-13 | | |
| GMX Resources Bankruptcy | 6-Jun-13 | | |
| GMX Resources Bankruptcy | 7-Jun-13 | 2.00 | Project Engineering |
| GMX Resources Bankruptcy | 8-Jun-13 | | |
| GMX Resources Bankruptcy | 9-Jun-13 | | |
| GMX Resources Bankruptcy | 10-Jun-13 | 1.00 | Project Engineering |
| GMX Resources Bankruptcy | 11-Jun-13 | | |
| GMX Resources Bankruptcy | 12-Jun-13 | | |
| GMX Resources Bankruptcy | 13-Jun-13 | | |
| GMX Resources Bankruptcy | 14-Jun-13 | | |
| GMX Resources Bankruptcy | 15-Jun-13 | | |
| GMX Resources Bankruptcy | 16-Jun-13 | | |
| GMX Resources Bankruptcy | 17-Jun-13 | | |
| GMX Resources Bankruptcy | 18-Jun-13 | | |
| GMX Resources Bankruptcy | 19-Jun-13 | | |
| GMX Resources Bankruptcy | 20-Jun-13 | | |
| GMX Resources Bankruptcy | 21-Jun-13 | | |
| GMX Resources Bankruptcy | 22-Jun-13 | | |
| GMX Resources Bankruptcy | 23-Jun-13 | | |
| GMX Resources Bankruptcy | 24-Jun-13 | | |
| GMX Resources Bankruptcy | 25-Jun-13 | | |
| GMX Resources Bankruptcy | 26-Jun-13 | | |
| GMX Resources Bankruptcy | 27-Jun-13 | | |
| GMX Resources Bankruptcy | 28-Jun-13 | | |
| GMX Resources Bankruptcy | 29-Jun-13 | | |
| GMX Resources Bankruptcy | 30-Jun-13 | | |
| | | **3.00** | |

914



Air Cost: 487.10

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.

Fare Rule(s): 5262134712668: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN X/HOU WN OKC210.23YL WN AUS210.23YL 420.46 END ZPAUSHOUOKCHOU
XT7.50AY12.00XFAUS4.5HOU3OKC4.5

## Cost and Payment Summary

AIR - AIQG9J

| | | |
|---|---|---|
| Base Fare | $ 420.46 | **Payment Information** |
| Excise Taxes | $ 31.54 | Tkls funds applied from |
| Segment Fee | $ 15.60 | Conf#AJKHD4 ($0.00 remaining) $211.80 |
| Passenger Facility Charge | $ 12.00 | |
| September 11th Security Fee | $ 7.50 | Payment Type: Amer Express |
| **Total Air Cost** | **$ 487.10** | XXXXXXXXXXX1087 |
| | | Date: Jun 5, 2013 |
| | | Payment Amount: $275.30 |
| | | |
| | | REFUND ON Jun 10, 2013 TO Amer Express |
| | | XXXXXXXXXXX1087 $487.10 |



### Flight Status Alerts

Stay on your way with flight departure or arrival status via text message or email.

Get exclusive travel deals straight to your desktop or iPhone.

Subscribe Now

Download DING!

### Useful Tools
Check-In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

### Know Before You Go
In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

### Special Travel Needs
Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

2

**THE TRAVEL GROUP**
**Phone: 713-993-7500-THE TRAVEL GROUP (OR) 713-665-4767- WEST UNIVERSITY TRAVEL**

## Electronic Invoice

**Prepared For:**
CHARBULA/DON EARL

| | |
|---|---|
| SALES PERSON | 40 |
| INVOICE NUMBER | 0134517 |
| INVOICE ISSUE DATE | 05 Jun 2013 |
| RECORD LOCATOR | DQFXNF |
| CUSTOMER NUMBER | 014144 |

Client Address

LONQUIST AND COMPANY
3345 BEE CAVE ROAD STE 201
AUSTIN TX 78746

### DATE: Sat, Apr 12

**Others**

HAVE A NICE TRIP

### DATE: Tue, Jun 10

**Hotel: HILTON HOTELS, SKIRVIN HILTON OKLA**
**ONE PARK AVENUE**
**OKLAHOMA CITY OK 73102**

| | | | |
|---|---|---|---|
| Service City | OKLAHOMA CITY | | |
| Check-In | 10 Jun | Check-Out | 11 Jun |
| Rooms(s) | 1 | Room Details | 2 DOUBLE BEDS HI SPEED 9.95-DAY-SERENITY BE |
| Night(s) | 1 | Rate per Night | 169.00 USD |
| Confirmation Number | 3524875953 | Frequent Traveler | |
| Service Information | RQ LOW FLOOR | Phone | 1-405-272-3040 |
| Guarantee | Guaranteed Late Arrival | | |

## Ticket Information

| **Service Fee** | XD 0590795645 | **Passenger** | CHARBULA DON EARL | | |
|---|---|---|---|---|---|
| | | **Billed to:** | AX XXXXXXXXXX1087 | USD | * 30.00 |
| | | | **SubTotal** | | USD 30.00 |
| | | | **Net Credit Card Billing** | | * USD 30.00 |
| | | | | | ---------- |
| | | | **Total Amount Due** | | USD 0.00 |

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.