

**Lonquist & Co. LLC**
**Invoice**

3345 Bee Cave Road
Suite 201
Austin, TX 78746

| Date | Invoice # |
|---|---|
| 7/31/2013 | 5651 |

| Bill To |
|---|
| Looper Reed & McGraw P.C.<br>Attn:Jason S. Brookner<br>1601 Elm Street, Suite 4600<br>Dallas, TX  75201 |

| Customer Number | Engineer | | Invoice Delivered Via | Due Date |
|---|---|---|---|---|
| 914 | RRL | | | 8/30/2013 |

| Description | Project Name | Hours | Rate | Amount |
|---|---|---|---|---|
| Connie Astrachan (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 5.5 | 125.00 | 687.50 |
| Nathaniel Byars (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 9 | 175.50 | 1,579.50 |
| Don Charbula (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 111.5 | 350.00 | 39,025.00 |
| Stephanie Howard (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 1 | 104.00 | 104.00 |
| ARIES Cases: Qty 173 @ $5.00/each (Max $500 billable) | 914 GMX Resources Bankruptcy | 173 | 2.89017 | 500.00 |

Thank you for your business.

**Total**  $41,896.00

For questions regarding this invoice please contact us at the email address or phone number listed below:

E-mail     Invoicing@lonquist.com

Phone #   (512) 600-1762

Fax #     (512) 732-9816

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC
**Connie Astrachan**

| | **Looper Reed & McGraw P.C.** | | |
|---|---|---|---|
| | **Description of work** | | |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-Jul-13 | | |
| GMX Resources Bankruptcy | 2-Jul-13 | | |
| GMX Resources Bankruptcy | 3-Jul-13 | | |
| GMX Resources Bankruptcy | 4-Jul-13 | | |
| GMX Resources Bankruptcy | 5-Jul-13 | | |
| GMX Resources Bankruptcy | 6-Jul-13 | | |
| GMX Resources Bankruptcy | 7-Jul-13 | | |
| GMX Resources Bankruptcy | 8-Jul-13 | | |
| GMX Resources Bankruptcy | 9-Jul-13 | | |
| GMX Resources Bankruptcy | 10-Jul-13 | | |
| GMX Resources Bankruptcy | 11-Jul-13 | | |
| GMX Resources Bankruptcy | 12-Jul-13 | | |
| GMX Resources Bankruptcy | 13-Jul-13 | | |
| GMX Resources Bankruptcy | 14-Jul-13 | | |
| GMX Resources Bankruptcy | 15-Jul-13 | | |
| GMX Resources Bankruptcy | 16-Jul-13 | | |
| GMX Resources Bankruptcy | 17-Jul-13 | | |
| GMX Resources Bankruptcy | 18-Jul-13 | | |
| GMX Resources Bankruptcy | 19-Jul-13 | | |
| GMX Resources Bankruptcy | 20-Jul-13 | | |
| GMX Resources Bankruptcy | 21-Jul-13 | | |
| GMX Resources Bankruptcy | 22-Jul-13 | | |
| GMX Resources Bankruptcy | 23-Jul-13 | | |
| GMX Resources Bankruptcy | 24-Jul-13 | 4.00 | Reserve Report Support |
| GMX Resources Bankruptcy | 25-Jul-13 | 1.50 | Reserve Report Support |
| GMX Resources Bankruptcy | 26-Jul-13 | | |
| GMX Resources Bankruptcy | 27-Jul-13 | | |
| GMX Resources Bankruptcy | 28-Jul-13 | | |
| GMX Resources Bankruptcy | 29-Jul-13 | | |
| GMX Resources Bankruptcy | 30-Jul-13 | | |
| GMX Resources Bankruptcy | 31-Jul-13 | | |
| | | **5.50** | |

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC

**Nathaniel Byars**

| Looper Reed & McGraw P.C. | | | |
|---|---|---|---|
| **Description of work** | | | |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-Jul-13 | 2.00 | Add unit and parcel boundary shapefiles to Texas PDP and PUD map |
| GMX Resources Bankruptcy | 2-Jul-13 | | |
| GMX Resources Bankruptcy | 3-Jul-13 | | |
| GMX Resources Bankruptcy | 4-Jul-13 | | |
| GMX Resources Bankruptcy | 5-Jul-13 | | |
| GMX Resources Bankruptcy | 6-Jul-13 | | |
| GMX Resources Bankruptcy | 7-Jul-13 | | |
| GMX Resources Bankruptcy | 8-Jul-13 | | |
| GMX Resources Bankruptcy | 9-Jul-13 | | |
| GMX Resources Bankruptcy | 10-Jul-13 | 4.50 | Add offset Haynesville wells to GMX well map in East Texas |
| GMX Resources Bankruptcy | 11-Jul-13 | 2.50 | Add offset Haynesville wells to GMX well map in East Texas |
| GMX Resources Bankruptcy | 12-Jul-13 | | |
| GMX Resources Bankruptcy | 13-Jul-13 | | |
| GMX Resources Bankruptcy | 14-Jul-13 | | |
| GMX Resources Bankruptcy | 15-Jul-13 | | |
| GMX Resources Bankruptcy | 16-Jul-13 | | |
| GMX Resources Bankruptcy | 17-Jul-13 | | |
| GMX Resources Bankruptcy | 18-Jul-13 | | |
| GMX Resources Bankruptcy | 19-Jul-13 | | |
| GMX Resources Bankruptcy | 20-Jul-13 | | |
| GMX Resources Bankruptcy | 21-Jul-13 | | |
| GMX Resources Bankruptcy | 22-Jul-13 | | |
| GMX Resources Bankruptcy | 23-Jul-13 | | |
| GMX Resources Bankruptcy | 24-Jul-13 | | |
| GMX Resources Bankruptcy | 25-Jul-13 | | |
| GMX Resources Bankruptcy | 26-Jul-13 | | |
| GMX Resources Bankruptcy | 27-Jul-13 | | |
| GMX Resources Bankruptcy | 28-Jul-13 | | |
| GMX Resources Bankruptcy | 29-Jul-13 | | |
| GMX Resources Bankruptcy | 30-Jul-13 | | |
| GMX Resources Bankruptcy | 31-Jul-13 | | |
| | | 9.00 | |

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC

**Don E. Charbula**

| Looper Reed & McGraw P.C. | | | |
|---|---|---|---|
| **Description of work** | | | |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-Jul-13 | 9.75 | Download data from VDR; Review data on thumb drive; Telecon with council; Telecon with Conway MacKenzie and Jefferies |
| GMX Resources Bankruptcy | 2-Jul-13 | 9.50 | Continue review of data on thumb drive; Review east Texas sale data for fair market value |
| GMX Resources Bankruptcy | 3-Jul-13 | 8.25 | Telecon with council; Review data for Cotton Valley letter |
| GMX Resources Bankruptcy | 4-Jul-13 | 5.25 | Review east sale data for fair market value |
| GMX Resources Bankruptcy | 5-Jul-13 | | |
| GMX Resources Bankruptcy | 6-Jul-13 | 3.50 | Work on draft of fair market value letter |
| GMX Resources Bankruptcy | 7-Jul-13 | | |
| GMX Resources Bankruptcy | 8-Jul-13 | 9.00 | Finalize Cotton Valley fair market value letter |
| GMX Resources Bankruptcy | 9-Jul-13 | 1.75 | Review Cotton Valley value letter and email to council; Begin Haynesville model update |
| GMX Resources Bankruptcy | 10-Jul-13 | 7.00 | Assign Haynesville well locations; Update model |
| GMX Resources Bankruptcy | 11-Jul-13 | 0.50 | Continue model work for Haynesville locations |
| GMX Resources Bankruptcy | 12-Jul-13 | 7.75 | Telecon with council re. VPP structure; Continue adding wells to database |
| GMX Resources Bankruptcy | 13-Jul-13 | | |
| GMX Resources Bankruptcy | 14-Jul-13 | 13.00 | Continue database work; Add Haynesville and Bakken locations |
| GMX Resources Bankruptcy | 15-Jul-13 | 9.75 | Continue database work for report; Add new well cases |
| GMX Resources Bankruptcy | 16-Jul-13 | 3.75 | Finalize and email preliminary cash flows |
| GMX Resources Bankruptcy | 17-Jul-13 | | |
| GMX Resources Bankruptcy | 18-Jul-13 | | |
| GMX Resources Bankruptcy | 19-Jul-13 | | |
| GMX Resources Bankruptcy | 20-Jul-13 | | |
| GMX Resources Bankruptcy | 21-Jul-13 | | |
| GMX Resources Bankruptcy | 22-Jul-13 | 6.00 | Work on draft report letter; Prepare reeport components |
| GMX Resources Bankruptcy | 23-Jul-13 | 12.50 | Continue work on report; Email cash flows in Excel for to Conway MacKenzie |
| GMX Resources Bankruptcy | 24-Jul-13 | 4.00 | Finalize reserve report. Send lease bonus data to Conway MacKenzie |
| GMX Resources Bankruptcy | 25-Jul-13 | | |
| GMX Resources Bankruptcy | 26-Jul-13 | | |
| GMX Resources Bankruptcy | 27-Jul-13 | | |
| GMX Resources Bankruptcy | 28-Jul-13 | | |
| GMX Resources Bankruptcy | 29-Jul-13 | | |
| GMX Resources Bankruptcy | 30-Jul-13 | 0.25 | Telecon with council, instructed to stop work |
| GMX Resources Bankruptcy | 31-Jul-13 | | |
| | | **111.50** | |

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC

Stephanie Howard

| Looper Reed & McGraw P.C. | | | |
|---|---|---|---|
| Description of work | | | |
| Project | Date | TIME | SPECIFIC ACTIVITY |
| GMX Resources Bankruptcy | 1-Jul-13 | | |
| GMX Resources Bankruptcy | 2-Jul-13 | | |
| GMX Resources Bankruptcy | 3-Jul-13 | | |
| GMX Resources Bankruptcy | 4-Jul-13 | | |
| GMX Resources Bankruptcy | 5-Jul-13 | | |
| GMX Resources Bankruptcy | 6-Jul-13 | | |
| GMX Resources Bankruptcy | 7-Jul-13 | | |
| GMX Resources Bankruptcy | 8-Jul-13 | | |
| GMX Resources Bankruptcy | 9-Jul-13 | | |
| GMX Resources Bankruptcy | 10-Jul-13 | 1.00 | Georeferencing east TX assets |
| GMX Resources Bankruptcy | 11-Jul-13 | | |
| GMX Resources Bankruptcy | 12-Jul-13 | | |
| GMX Resources Bankruptcy | 13-Jul-13 | | |
| GMX Resources Bankruptcy | 14-Jul-13 | | |
| GMX Resources Bankruptcy | 15-Jul-13 | | |
| GMX Resources Bankruptcy | 16-Jul-13 | | |
| GMX Resources Bankruptcy | 17-Jul-13 | | |
| GMX Resources Bankruptcy | 18-Jul-13 | | |
| GMX Resources Bankruptcy | 19-Jul-13 | | |
| GMX Resources Bankruptcy | 20-Jul-13 | | |
| GMX Resources Bankruptcy | 21-Jul-13 | | |
| GMX Resources Bankruptcy | 22-Jul-13 | | |
| GMX Resources Bankruptcy | 23-Jul-13 | | |
| GMX Resources Bankruptcy | 24-Jul-13 | | |
| GMX Resources Bankruptcy | 25-Jul-13 | | |
| GMX Resources Bankruptcy | 26-Jul-13 | | |
| GMX Resources Bankruptcy | 27-Jul-13 | | |
| GMX Resources Bankruptcy | 28-Jul-13 | | |
| GMX Resources Bankruptcy | 29-Jul-13 | | |
| GMX Resources Bankruptcy | 30-Jul-13 | | |
| GMX Resources Bankruptcy | 31-Jul-13 | | |
| | | 1.00 | |