

# Lonquist & Co. LLC
# Invoice

3345 Bee Cave Road
Suite 201
Austin, TX 78746

| Date | Invoice # |
|---|---|
| 8/31/2013 | 5711 |

| Bill To |
|---|
| Looper Reed & McGraw P.C.<br>Attn:Jason S. Brookner<br>1601 Elm Street, Suite 4600<br>Dallas, TX  75201 |

| Customer Number | Engineer | | Invoice Delivered Via | Due Date |
|---|---|---|---|---|
| 914 | RRL | | | 9/30/2013 |

| Description | Project Name | Hours | Rate | Amount |
|---|---|---|---|---|
| Don Charbula (see attached timesheet for detail) | 914 GMX Resources Bankruptcy | 3.75 | 350.00 | 1,312.50 |

Thank you for your business.

**Total**     $1,312.50

For questions regarding this invoice please contact us at the email address or phone number listed below:

E-mail     Invoicing@lonquist.com

Phone #    (512) 600-1762

Fax #      (512) 732-9816

## Lonquist & Co., LLC  &  Lonquist Field Service, LLC

**Don E. Charbula**

### Looper Reed & McGraw P.C.

**Description of work**

| Project | Date | TIME | SPECIFIC ACTIVITY |
|---|---|---|---|
| GMX Resources Bankruptcy | 1-Aug-13 | | |
| GMX Resources Bankruptcy | 2-Aug-13 | | |
| GMX Resources Bankruptcy | 3-Aug-13 | | |
| GMX Resources Bankruptcy | 4-Aug-13 | | |
| GMX Resources Bankruptcy | 5-Aug-13 | | |
| GMX Resources Bankruptcy | 6-Aug-13 | | |
| GMX Resources Bankruptcy | 7-Aug-13 | | |
| GMX Resources Bankruptcy | 8-Aug-13 | | |
| GMX Resources Bankruptcy | 9-Aug-13 | | |
| GMX Resources Bankruptcy | 10-Aug-13 | | |
| GMX Resources Bankruptcy | 11-Aug-13 | | |
| GMX Resources Bankruptcy | 12-Aug-13 | | |
| GMX Resources Bankruptcy | 13-Aug-13 | | |
| GMX Resources Bankruptcy | 14-Aug-13 | | |
| GMX Resources Bankruptcy | 15-Aug-13 | | |
| GMX Resources Bankruptcy | 16-Aug-13 | | |
| GMX Resources Bankruptcy | 17-Aug-13 | | |
| GMX Resources Bankruptcy | 18-Aug-13 | | |
| GMX Resources Bankruptcy | 19-Aug-13 | 0.25 | Evaluate Pojorlie 21-2-1H; Send results to council |
| GMX Resources Bankruptcy | 20-Aug-13 | | |
| GMX Resources Bankruptcy | 21-Aug-13 | | |
| GMX Resources Bankruptcy | 22-Aug-13 | | |
| GMX Resources Bankruptcy | 23-Aug-13 | | |
| GMX Resources Bankruptcy | 24-Aug-13 | | |
| GMX Resources Bankruptcy | 25-Aug-13 | | |
| GMX Resources Bankruptcy | 26-Aug-13 | | |
| GMX Resources Bankruptcy | 27-Aug-13 | | |
| GMX Resources Bankruptcy | 28-Aug-13 | 3.50 | Respond to questions and comments re. GMXR bankruptcy; Email same to Mr. Bullock |
| GMX Resources Bankruptcy | 29-Aug-13 | | |
| GMX Resources Bankruptcy | 30-Aug-13 | | |
| GMX Resources Bankruptcy | 31-Aug-13 | | |
| | | **3.75** | |